United States Bankruptcy Court
Western District of Michigan

In re:  
Antoinette D. King-Short  
    Debtor

Case No. 23-00976-jwb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0646-1      User: admin      Page 1 of 3  
Date Rcvd: Jun 05, 2023      Form ID: pdf014      Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Antoinette D. King-Short, 935 Princeton Ave, Lansing, MI 48915-2159 |
| aty | + | Kimberly L. Savage, Savage Legal Group, PC, 1483 Haslett Road, Haslett, MI 48840-8415 |
| aty | + | Mary Kathryn Thieme, Randall S. Miller & Associates, P.C., 43252 Woodward Avenue, Suite 180, Bloomfield Hills, MI 48302-5066 |
| 8834856 | + | AES/TRUIST BANK, PO BOX 61047, HARRISBURG, PA 17106-1047 |
| 8834862 | ++ | EQUIFAX INC, 1550 Peachtree Street NE, Atlanta, GA 30309 address filed with court:, Equifax, PO Box 740241, Atlanta, GA 30374 |
| 8834869 | + | MARRIOTT OWNERSHIP RES, 1200 BARTOW RD STE A, LAKELAND, FL 33801-5901 |
| 8834874 | + | PFCU-MI, 9077 CHARLOTTE HWY, PORTLAND, MI 48875-8417 |
| 8834875 | + | Savage Legal Group, PC, 1483 Haslett Road, Haslett, MI 48840-8415 |
| 8834876 | | Shalen King-Short, 4640 B Dr S, Battle Creek, MI 49015-9316 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: docs@chpt13.com | Jun 05 2023 21:41:00 | Barbara P. Foley, Chapter 13 Trustee's Office, P.O. Box 51109, Kalamazoo, MI 49005-1109 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | Jun 05 2023 21:42:00 | Andy Vara, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | Jun 05 2023 21:42:00 | Dean E. Rietberg, Trial Attorney, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: matthew.w.cheney@usdoj.gov | Jun 05 2023 21:42:00 | Matthew W. Cheney, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | Jun 05 2023 21:42:00 | Michael V. Maggio, Trial Attorney, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | | Email/Text: kenneth.g.lau@usdoj.gov | Jun 05 2023 21:41:00 | Kenneth G Lau, DOJ-Ust, 125 Ottawa Avenue NW, Suite 200r, Grand Rapids, MI 49503 |
| ust | | Email/Text: elizabeth.k.lamphier@usdoj.gov | Jun 05 2023 21:41:00 | Elizabeth Katherine Lamphier, Office of the U.S. Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa Ave NW, Ste 200R, Grand Rapids, MI 49503 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | Jun 05 2023 21:42:00 | United States Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa Avenue NW, Suite 200R, Grand Rapids, MI 49503-2837 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | Jun 05 2023 21:42:00 | United States Trustee, Michigan/Ohio Region 9, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2837 |

| District/off: 0646-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 05, 2023 | Form ID: pdf014 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 05 2023 22:20:17 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 8834857 | + | Email/PDF: bncnotices@becket-lee.com | Jun 05 2023 22:20:27 | AMERICAN EXPRESS, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 8834858 | + | Email/Text: bky@americanprofit.net | Jun 05 2023 21:42:00 | AMERICAN PROFIT RECOVE, 34505 W 12 MILE RD STE 3, FARMINGTON HILLS, MI 48331-3258 |
| 8843216 | | Email/PDF: bncnotices@becket-lee.com | Jun 05 2023 22:20:50 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 8834859 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 05 2023 21:41:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 8834860 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 05 2023 21:52:54 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 8840671 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 05 2023 21:51:26 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 8834861 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jun 05 2023 21:42:00 | ChexSystems, Attn.: Customer Relations, 7805 Hudson Road Ste 100, St. Paul, MN 55125-1703 |
| 8834862 | | Email/Text: bankruptcycourts@equifax.com | Jun 05 2023 21:41:00 | Equifax, PO Box 740241, Atlanta, GA 30374 |
| 8834863 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jun 05 2023 21:54:00 | EXETER FINANCE LLC, PO BOX 166097, IRVING, TX 75016-6097 |
| 8838271 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 05 2023 22:31:57 | Exeter Finance LLC, c/o AIS Portfolio Services LLC, 4515 N Santa Fe Ave, Dept APS, Oklahoma City OK 73118-7901 |
| 8834864 | ^ | MEBN | Jun 05 2023 21:38:37 | Experian, Po Box 2002, Allen, TX 75013-2002 |
| 8834865 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jun 05 2023 21:42:00 | FIFTH THIRD BANK, N., 5050 KINGSLEY DR, CINCINNATI, OH 45227-1115 |
| 8843931 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jun 05 2023 21:42:00 | Fifth Third Bank, N.A., 5001 Kingsley Drive, 1MOBBW, Cincinnati, Ohio 45227-1114 |
| 8834866 | + | Email/Text: bankruptcy@huntington.com | Jun 05 2023 21:42:00 | HUNTINGTON NATIONAL BA, 7 EASTON OVAL, COLUMBUS, OH 43219-6060 |
| 8834867 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 05 2023 21:41:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 21126, Philadelphia, PA 19114 |
| 8834872 | + | Email/Text: recovery@msufcu.org | Jun 05 2023 21:42:00 | MSU FEDERAL CREDIT UNI, 3777 WEST RD, EAST LANSING, MI 48823-8029 |
| 8837838 | + | Email/Text: recovery@msufcu.org | Jun 05 2023 21:42:00 | MSU Federal Credit Union, 3777 West Rd., East Lansing, MI 48823-8029 |
| 8834870 | + | Email/Text: MarcsBankruptcyUnit@michigan.gov | Jun 05 2023 21:42:00 | Michigan Department of Treasury, Third Party Withholding Unit, PO Box 30785, Lansing, MI 48909-8285 |
| 8834871 | + | Email/Text: MarcsBankruptcyUnit@michigan.gov | Jun 05 2023 21:42:00 | Michigan Department of Treasury, Collection/Bankruptcy Unit, PO Box 30168, Lansing, MI 48909-7668 |
| 8834873 | | Email/Text: bankruptcydepartment@tsico.com | Jun 05 2023 21:42:00 | NCO Financial, Po Box 4903, Trenton, NJ 08650-4903 |
| 8835903 | + | Email/Text: bankruptcy@huntington.com | Jun 05 2023 21:42:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 8834877 | ^ | MEBN | Jun 05 2023 21:38:40 | Transunion, PO Box 2000, 2 Baldwin Pl, Crum Lynne, PA 19022-1370 |

TOTAL: 32

| | | |
|---|---|---|
| District/off: 0646-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 05, 2023 | Form ID: pdf014 | Total Noticed: 40 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8834868 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2023            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barbara P. Foley | ecf@chpt13.com  chpt13@yahoo.com |
| Kimberly L. Savage | on behalf of Debtor Antoinette D. King-Short kim@savagelegalgroup.com  savagelegalgrouppc@jubileebk.net |
| Mary Kathryn Thieme | on behalf of Creditor Fifth Third Bank  National Association Successor by merger to MB Financial, N.A. bankruptcy@rsmalaw.com |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

ANTOINETTE D KING-SHORT

Debtor

CASE NO: BL-23-00976
Chapter 13
Hon. JAMES W. BOYD
Filed: April 26, 2023

## NOTICE OF TELEPHONIC 341 HEARING

**NOW COMES** Barbara P. Foley, and hereby states as follows:

In response to the current health concerns about COVID-19 and with guidance from United States Trustee, Trustee Barbara P. Foley will be conducting all scheduled 341 hearings telephonically. The debtor's 341 hearing is scheduled for June 15, 2023   9:00 am Eastern Standard Time.

1. If you are a creditor interested in attending this hearing please contact the trustee's office at 269-343-0305 or bfoley@chpt13.com to advise the trustee of your interest in the hearing.

2. The trustee is offering a conference number for these hearings with instructions below.

    a. You must have a touch-tone phone to participate in an Instant Meeting conference.

    b. Dial the access number: 1-877-718-0427

    c. Participants: Enter your numeric participant passcode 1150621 followed by #sign.

    d. Debtor's attorney, debtors and creditors may separately call in to this conference number at the designated time.

3. If the 341 hearing has been conducted and you did not have the chance to participate, you still have the right to object to the confirmation of the plan.

4. If you would like to interview the debtor(s) you may, of course, request a 2004 examination of the debtors(s).

Dated: 6/2/2023  /s/ Barbara P. Foley
Barbara P. Foley (P34558)
Chapter 13 Trustee